UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| WHITE ROSEBAY SHIPPING S.A. | * CIVIL ACTION |
| | * |
| VERSUS | * NO. 2:12-cv-183 |
| | * |
| HNA GROUP CO. LTD., HONG KONG | * |
| CHAIN GLORY SHIPPING LTD., | * |
| GRAND CHINA SHIPPING | * |
| DEVELOPMENT CO. a/k/a SHANGHAI | * |
| GRAND CHINA SHIPPING | * |
| DEVELOPMENT CO., OFFSHORE | * |
| HEAVY TRANSPORT AS, AND OHT | * |
| OSPREY AS | * |
| | * |

## ORDER

In consideration of the foregoing Motion for Extension of Time to File Responsive Pleadings filed by Defendant Hong Kong Chain Glory Shipping Ltd.;

IT IS HEREBY ORDERED that good cause exists for a thirty-day extension of time for Hong Kong Chain Glory Shipping Ltd. ("Chain Glory") to answer or otherwise respond to Plaintiff's, White Rosebay Shipping S.A.'s, Complaint and that Chain Glory's deadline is and shall be extended up to and including July 25, 2012;

IT IS ALSO ORDERED that to the extent plaintiff alleges that service of process on Chain Glory on June 4, 2012 is effective as to HNA Group Co. Ltd. and Shanghai Grand China Shipping Development Co., then those defendants shall be granted the same extension of time in which to answer or otherwise respond, up to and including July 25, 2012.

This 28th day of June, 2012

U.S. MAGISTRATE JUDGE BRIAN OWSLEY