UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

White Rosebay Shipping S.A.

          Plaintiff

v.               Case No.: 2:12–cv–00183
                Judge Nelva Gonzales Ramos

HNA Group Co. LTD.

          Defendant

---

# NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 9/7/12

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: July 27, 2012

                         David J. Bradley, Clerk