UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

White Rosebay Shipping S.A.

        Plaintiff

v.              Case No.: 2:12–cv–00183
              Judge Nelva Gonzales Ramos

HNA Group Co. LTD.

        Defendant

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Jason B. Libby

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 9/12/13

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Status Conference


Date: September 11, 2013

                        David J. Bradley, Clerk