UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WHITE ROSEBAY SHIPPING S.A.,, | § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 2:12-CV-96 ADMIRALTY |
| HNA GROUP CO. LTD., *et al*, | § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| WHITE ROSEBAY SHIPPING S.A.,, | § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 2:12-CV-183 |
| HNA GROUP CO. LTD., *et al*, | § § | |
| Defendants. | § | |

## **ORDER**

The Court held a joint telephonic status conference in *White Rosebay Shipping S.A. v. HNA Group Ltd. et al.*, Civil Action No. 2:12-cv-00096 (the "Attachment Case") and *White Rosebay Shipping S.A. v. HNA Group Ltd. et al.*, Civil Action No. 2:12-cv-00183 (the "Arbitration Case"). The parties to the Arbitration Case indicated that they had entered into settlement negotiations which if successful would likely resolve both pending cases. The parties requested the Court to set a joint status conference in

approximately 30 days to update the Court on the progress of settlement negotiations and further moved the Court to stay the litigation regarding the pending motion to vacate the attachment of OHT Osprey in the Attachment Proceeding.  (D.E. 78).  The requests are reasonable and are **GRANTED**.

A joint telephonic status conference for both the Attachment Case and Arbitration Case is set for **Wednesday, October 16, 2013 at 3:30 Central Standard Time.** The appearance of counsel for each party is required.

The litigation and deadlines on OHT's Motion to Vacate Attachment (D.E. 78) in the Attachment Case are **STAYED** for 60 days.  In the event the cases are not settled within 60 days, Plaintiff White Rosebay Shipping S.A. shall respond to OHT's Motion to Vacate Attachment (D.E. 78) on or before **November 27, 2013.**

ORDERED this 12th day of September, 2013.

                                                                           Jason B. Libby
                                             United States Magistrate Judge