IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WHITE ROSEBAY SHIPPING S.A., | § | CIVIL ACTION NO. 2:12-cv-183 |
| Petitioner, | § § | |
| VS. | § § | |
| HNA GROUP CO. LTD., HONG KONG CHAIN GLORY SHIPPING LTD., GRAND CHINA SHIPPING DEVELOPMENT CO. a/k/a SHANGHAI GRAND CHINA SHIPPING DEVELOPMENT CO., OFFSHORE HEAVY TRANSPORT AS, and OHT OSPREY AS | § § § § § § § | (Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure) |
| Respondents. | § | ADMIRALTY |

## ORDER OF DISMISSAL

On this day the Court considered the Rule 41 Joint Stipulation of Dismissal submitted by Plaintiff, WHITE ROSEBAY SHIPPING S.A. ("White Rosebay") and Defendants, HNA GROUP CO. LTD., HONG KONG CHAIN GLORY LTD., and GRAND CHINA SHIPPING DEVELOPMENT CO. A/K/A SHANGHAI GRAND CHINA SHIPPING DEVELOPMENT CO. ("Chinese Defendants"), and is of the opinion that it has merit. It is therefore ORDERED that all claims of Plaintiff against Defendants, HNA GROUP CO. LTD., HONG KONG CHAIN GLORY LTD., and GRAND CHINA SHIPPING DEVELOPMENT CO. A/K/A SHANGHAI GRAND CHINA SHIPPING DEVELOPMENT CO. in this matter are hereby dismissed with prejudice.

THIS IS A FINAL JUDGMENT

Signed this 9th day of December, 2013.

Nelva Gonzáles Ramos
United States District Judge