UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WHITE ROSEBAY SHIPPING S.A., | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:12-CV-00183 |
| | § | |
| HNA GROUP CO. LTD., *et al*, | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

Pursuant to Plaintiff's Notice of Dismissal (D.E. 18) and the Court's Order of Dismissal (D.E. 21), the Court enters Final Judgment dismissing this action.

ORDERED this 27th day of December, 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE